# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA GUZMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:18-cv-0889 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 17) |

On March 7, 2019, the parties filed a stipulation for Defendant to have an extension of time to file a response to Plaintiff's opening brief. (Doc. 17) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 6-1 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

    1.    The request for an extension of time (Doc. 17) is **GRANTED**; and

    2.    Defendant **SHALL** a response to the opening brief on or before **April 10, 2019**.

IT IS SO ORDERED.

    Dated:  **March 8, 2019**                **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE