# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA GUZMAN, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:18-cv-0889 - JLT <br><br> ORDER DIRECTING PLAINTIFF FILE A MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM |

Plaintiff seeks judicial review of the administrative decision denying her application for Social Security benefits. (Doc. 1; Doc. 16) The Court's review of the administrative record and briefing on the challenges to the administrative decision revealed that Plaintiff is a school-age child. Because Plaintiff is a minor, she is unable to prosecute the claims presented in the complaint and her claims may only be brought "by a next friend or a guardian ad litem." *See* Fed. R. Civ. P. 17(c)(2).

In addition, pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*Id.* (citing Fed. R. Civ. P. 17(c)). However, the complaint failed to inform the Court that Plaintiff is a minor, there is no evidence identified of the appointment of a representative for the minor child, and

1

no showing that such an appointment is not necessary.  Thus, Plaintiff must proceed through a guardian ad litem. Accordingly, the Court **ORDERS**:  Plaintiff **SHALL** file a motion appointment of a guardian ad litem **no later than September 20, 2019**.

IT IS SO ORDERED.

Dated: **September 13, 2019**           /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE