**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORIA JACQUELINE GUZMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:18-cv-889 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 26) |

Victoria Jaqueline Guzman and Andrew Saul, Commissioner of Social Security, have stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 26) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $6,350.00 are **AWARDED** to Victoria Jaqueline Guzman.

IT IS SO ORDERED.

Dated: __December 12, 2019__      _____/s/ Jennifer L. Thurston_____
                                                                    UNITED STATES MAGISTRATE JUDGE